BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

FILED
AUG 5 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>          Defendants. | CASE NO. CR. S-10-0257 FCD ✓<br><br>ORDER TO SEAL<br>(Under Seal) |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ADIB SIROPE,<br>RIMOUN MANSOUR, and<br>PAY-LESS WHOLESALE,<br><br>          Defendants. | CASE NO. CR. S-10-0258 MCE<br><br>ORDER TO SEAL<br>(Under Seal) |

SEALED

4

```
 1   UNITED STATES OF AMERICA,          )    CASE NO. CR. S-10-259 FCD
 2                                      )
                 Plaintiff,             )    ORDER TO SEAL
 3                                      )    (Under Seal)
     v.                                 )
 4                                      )
     ATIF HENAN,                        )
 5   ATEF SHEHATA,                      )
     SAMY GIRGIS, and                   )
 6   SOHEIR GIRGIS,                     )
                                        )
 7               Defendants.            )
                                        )
 8   _____
                                        )
 9   UNITED STATES OF AMERICA,          )    CASE NO. CR. S-10-0260 EJG
                                        )
10               Plaintiff,             )    ORDER TO SEAL
                                        )    (Under Seal)
11   v.                                 )
                                        )
12   JACK HAROUN, and                   )
     WHOLESALE PALACE, INC.,            )
13                                      )
                 Defendants.            )
14   _____)
```

The Court hereby orders that the Notice of Related Case, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the Notice of Related Case, and Order dated in the above-referenced case shall be sealed until the arrest of a defendant in each of the referenced cases or until further order of the Court.

SO ORDERED.

DATED: August 3, 2010

HONORABLE FRANK C. DAMRELL
UNITED STATES DISTRICT JUDGE