FILED

AUG 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR. S-10-0257 FCD ✓ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEALED, | ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR. S-10-0258 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEALED, | ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR. S-10-259 FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEALED, | ) | |
| | ) | |
| Defendants. | ) | |

```
UNITED STATES OF AMERICA,        )
                                 )   CASE NO. CR. S-10-0260 EJG
              Plaintiff,         )
                                 )
     v.                          )
                                 )
SEALED,                          )
                                 )
              Defendants.        )
```

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: August 3, 2010

_____
HONORABLE FRANK C. DAMRELL
United States District Judge