BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>        Defendant. | CR. NO. S-10-257 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  August 30, 2010<br>TIME:  10:00am<br>COURT: Courtroom 2 |

    IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for August 30, 2010, be continued to September 27, 2010 at 10:00 a.m., thus vacating the presently set status conference.

    The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery recently

1  provided by the government numbering 13,302 pages.  The parties also
2  note that Michael G. Rabb has only recently substituted into the
3  case.
4      The parties further stipulate and agree that this is a complex
5  case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the
6  requested continuance is necessary to permit defense counsel
7  reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence, within the meaning of 18
9  U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by
10 granting this continuance therefore outweigh the best interests of
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: August 26, 2010          /s/ R. Steven Lapham
                                R. STEVEN LAPHAM
                                Assistant U.S. Attorney


Dated: August 26, 2010          /s/ Michael G. Raab
                                MICHAEL G. RAAB
                                Attorney for Defendants Galiom
                                Mansour and South Bay Wholesale


Dated: August 26, 2010          /s/ Mark J. Reichel
                                MARK J. REICHEL
                                Attorney for Defendant Naeim Hanno


**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE