THE LAW OFFICES OF JAMES E. BLATT
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: 310/385-8066
Facsimile: 310/385-5932

James E. Blatt, Esq.   (Bar No. 56571)
j.blatt@jamesblatt.com
Michael G. Raab, Esq.   (Bar No. 176112)
m.raab@jamesblatt.com

Attorney for Defendant,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>        Defendant. | CR. NO. S-10-257 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:  September 27, 2010<br>TIME:  10:00am<br>COURT: Courtroom 2 |

  IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for September 27, 2010, be continued to January 10, 2011 at 10:00 a.m., thus vacating the presently set status conference.

  The parties stipulate and agree that the continuance is

1

1  necessary to permit defense counsel to review discovery recently
2  provided by the government numbering 13,302 pages.
3      The parties further stipulate and agree that this is a complex
4  case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the
5  requested continuance is necessary to permit defense counsel
6  reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence, within the meaning of 18
8  U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by
9  granting this continuance therefore outweigh the best interests of
10 the public and the defendants in a speedy trial. 18 U.S.C. §
11 3161(h)(7)(A).

13 Dated: September 22, 2010        /s/ Peter Williams
                                    PETER WILLIAMS
14                                  Assistant U.S. Attorney

16 Dated: September 22, 2010        /s/ Michael G. Raab
                                    MICHAEL G. RAAB
17                                  Attorney for Defendants Galiom
                                    Mansour and South Bay Wholesale

19
20 Dated: September 22, 2010        /S/ Mark J. Reichel
                                    MARK J. REICHEL
                                    Attorney for Defendant Naeim Hanno

                                **ORDER**

IT IS SO ORDERED.

Dated: September 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE