LAW OFFICES OF JAMES E. BLATT
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: (310)385-8066
Facsimile: (310)385-5932

James E. Blatt, Esq. (SBN 56571)
j.blatt@jamesblatt.com
Michael G. Raab, Esq. (SBN 176112)
m.raab@jamesblatt.com

Attorneys for Defendants,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>Defendant. | NO. CR. S-10-257 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: January 10, 2011<br>TIME: 10:00am<br>COURT: Courtroom 2 |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for January 10, 2011, be continued to February 3, 2011, at 10:00 a.m., before the Honorable Kimberly J. Mueller in Courtroom 3, thus vacating the presently set status conference.

The parties stipulate and agree that the continuance is

necessary to permit defense counsel to review discovery provided by the government numbering 13,302 pages. The parties also desire to explore an early resolution of this prosecution.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 6, 2011

/s/ Peter Williams
PETER WILLIAMS
Special Assistant U.S. Attorney

Dated: January 6, 2011

*/s/ Michael G. Raab*
MICHAEL G. RAAB
Attorney for Defendants Galiom Mansour and South Bay Wholesale

Dated: January 6, 2011

*/s/ Mark J. Reichel*
MARK J. REICHEL
Attorney for Defendant Naeim Hanno

**ORDER**

IT IS SO ORDERED.

Dated: January 6, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE