THE LAW OFFICES OF JAMES E. BLATT
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: 310/385-8066
Facsimile: 310/385-5932

James E. Blatt, Esq.  (Bar No. 56571)
j.blatt@jamesblatt.com
Michael G. Raab, Esq.  (Bar No. 176112)
m.raab@jamesblatt.com

Attorney for Defendant,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>　　　　　Defendant. | NO. 2:10-cr-00257 KJM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:　　February 3, 2010<br>TIME:　　10:00am<br>COURT:　 Courtroom of the<br>　　　　　Honorable Kimberly J. Meuller |

　　　IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for February 3, 2011, be continued to March 17, 2011 at 10:00 a.m., thus vacating the presently set status conference.

　　　The parties stipulate and agree that the continuance is

necessary to permit defense counsel to review discovery provided by the government numbering 13,302 pages.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: February 1, 2011          /s/ Peter Williams
                                 PETER WILLIAMS
                                 Assistant U.S. Attorney


Dated: February 1, 2011          /s/ Michael G. Raab
                                 MICHAEL G. RAAB
                                 Attorney for Defendants Galiom
                                 Mansour and South Bay Wholesale


Dated: February 1, 2011          /S/ Mark J. Reichel
                                 MARK J. REICHEL
                                 Attorney for Defendant Naeim Hanno

## ORDER

**IT IS SO ORDERED.**  All counsel is advised that they are required to attend the status conference now set for March 17, 2011, and that no continuance of that date will be granted.

Dated: February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE