```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2724
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. NO.  S-10-257 JAM
12            Plaintiff,         )
                                 )
13      v.                       )
                                 )  STIPULATION AND ORDER
14                               )  SETTING STATUS CONFERENCE
    GALIOM MANSOUR,              )
15  NAEIM HANNO, and             )
    SOUTH BAY WHOLESALE, INC.,   )
16                               )
              Defendants.        )
17  _____)
```

18       IT IS HEREBY stipulated between the United States of America,
19  through its undersigned counsel, Assistant U.S. Attorney R. Steven
20  Lapham, and defendants Galiom Mansour and South Bay Wholesale,
21  through their undersigned counsel Michael G. Raab, and defendant
22  Naeim Hanno, through his undersigned counsel Mark J. Reichel, that
23  the status conference be set in this matter for **July 26, 2011**,
24  9:30a.m. in Courtroom 6.
25       The parties stipulate and agree that the setting is necessary
26  because no status conference has yet been set since this matter has
27  been reassigned to this Court, and also to permit defense counsel to
28  review discovery provided by the government amounting to just over

1

1  13,000 pages.
2      The parties further stipulate and agree that this is a complex
3  case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and
4  that the exclusion of time during the period needed for defense
5  counsel's reasonable time for effective preparation, taking into
6  account the exercise of due diligence within the meaning of 18 U. S.
7  C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by
8  granting exclusion of time therefore outweigh the best interests of
9  the public and the defendants in a speedy trial pursuant to 18 U. S.
10 C. § 3161 (h) (7) (A), and therefore time should be excluded from the
11 date of the order of reassignment of this case from Judge Mueller to
12 Judge Mendez, March 21, 2011, through and until July 26, 2011.
13
14                                 Respectfully submitted,
15
16 Dated: June 10, 2011          BENJAMIN B. WAGNER
                                 United States Attorney
17
18                               /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
19                               Assistant U.S. Attorney
20
21 Dated: June 10, 2011          /s/ Michael G. Raab
                                 MICHAEL G. RAAB
22                               Attorney for Defendants Galiom Mansour
                                 and South Bay Wholesale
23
24 Dated: June 10, 2011          /s/ Mark J. Reichel
                                 MARK J. REICHEL
25                               Attorney for Defendant
                                 Naeim Hanno
26
27
28

**ORDER**

IT IS SO ORDERED.

Dated: 6/13/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United State District Judge