```
THE LAW OFFICES OF JAMES E. BLATT
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: 310/385-8066
Facsimile: 310/385-5932

James E. Blatt, Esq.   (Bar No. 56571)
j.blatt@jamesblatt.com
Michael G. Raab, Esq.  (Bar No. 176112)
m.raab@jamesblatt.com

Attorney for Defendant,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>　　　　　　Defendant. | CR. NO. S-10-257 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:　July 26, 2011<br>TIME:　10:00am<br>COURT:　Courtroom of the Honorable John A. Mendez |

　　　IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for July 26, 2011, be continued to October 11, 2011 at 9:30 a.m., thus vacating the presently set status conference.

　　　The parties stipulate and agree that the continuance is

1

necessary to permit defense counsel to review discovery provided by the government numbering 13,302 pages.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), and, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq., the time period from July 26, 2011, to October 11, 2011, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: July 22, 2011                /s/ *Peter Williams*
                                    PETER WILLIAMS
                                    Assistant U.S. Attorney

Dated: July 22, 2011                /s/ *Michael G. Raab*
                                    MICHAEL G. RAAB
                                    Attorney for Defendants Galiom
                                    Mansour and South Bay Wholesale

Dated: July 22, 2011                /S/ *Mark J. Reichel*
                                    MARK J. REICHEL
                                    Attorney for Defendant Naeim Hanno

## ORDER

IT IS SO ORDERED.

Dated: July 25, 2011

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge