```
MARK J. REICHEL, Esq SBN 155034
455 CAPITOL MALL 3RD FLOOR
Sacramento, California 95814
Telephone: (916) 498 9258


Attorney for defendant
NAEIM HANNO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )   CR. NO.  S-10-257 JAM
            Plaintiff,        )
                              )
     v.                       )
                              )   STIPULATION AND ORDER
                              )   SETTING STATUS CONFERENCE
GALIOM MANSOUR,               )
NAEIM HANNO, and              )
SOUTH BAY WHOLESALE, INC.,    )
                              )
            Defendants.       )
_____)
```

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Galiom Mansour and South Bay Wholesale, through their undersigned counsel Michael G. Raab, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference be set in this matter for January 31, 2012, 9:30a.m. in Courtroom 6.

The parties stipulate and agree that the setting is necessary because counsel Reichel is in the Ninth Circuit on Tuesday December 6, 2011, and additional research, negotiation, witness and fact development, need to be performed between December 6 2011 and January 31, 2012.

1

    The parties further stipulate and agree that this is a complex case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U. S. C. § 3161 (h) (7) (A), and therefore time should be excluded from the date of this order through and until January 31, 2012.

                                      Respectfully submitted,

Dated: December 5, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                        /s/ R. Steven Lapham
                                        _____
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney

Dated: December 5, 2011        /s/ Michael G. Raab
                                        _____
                                        MICHAEL G. RAAB
                                        Attorney for Defendants Galiom Mansour
                                        and South Bay Wholesale

Dated: December 5, 2011        /s/  Mark J. Reichel
                                        _____
                                        MARK J. REICHEL
                                        Attorney for Defendant
                                        Naeim Hanno

**ORDER**

IT IS SO ORDERED.

Dated: December 5, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United State District Judge