**THE LAW OFFICES OF JAMES E. BLATT**
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: 310/385-8066
Facsimile: 310/385-5932

James E. Blatt, Esq.  (Bar No. 56571)
j.blatt@jamesblatt.com


Attorney for Defendant,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>          Defendant. | CR. NO. S-10-257 KJM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:   February 21, 2012<br>TIME:   9:30 am<br>COURT:  Courtroom of the Honorable John A. Mendez |

   IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel James E.Blatt, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for January 31, 2012 be continued to February 21, 2012 at 9:30 a.m., thus vacating the presently set status conference.

   The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery provided by

1

1  the government numbering 13,302 pages, and for further negotiations
2  on resolution of the case.
3      The parties further stipulate and agree that this is a complex
4  case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the
5  requested continuance is necessary to permit defense counsel
6  reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence, within the meaning of 18
8  U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by
9  granting this continuance therefore outweigh the best interests of
10 the public and the defendants in a speedy trial. 18 U.S.C. §
11 3161(h)(7)(A).

12 Dated: January 30, 2012          /s/ Peter Williams
                                    PETER WILLIAMS
13                                  Assistant U.S. Attorney

14

15 Dated: January 30, 2012          /s/ *James E. Blatt*
                                    JAMES E. BLATT
16                                  Attorney for Defendants Galiom
                                    Mansour and South Bay Wholesale
17

18
19 Dated: January 30, 2012          /S/ *Mark J. Reichel*
                                    MARK J. REICHEL
                                    Attorney for Defendant Naeim Hanno
20

21                      **ORDER**
22
   IT IS SO ORDERED.
23

24 Dated: January 30, 2012

25

26                                  /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
27                                  United States District Judge

28

                           2