1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:      (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  NAEIM HANNO

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  Case No. CR-S-10-257 JAM
                               )
12              Plaintiff,     )  **STIPULATION AND ORDER FOR**
                               )  **CONTINUANCE OF STATUS**
13      v.                     )  **CONFERENCE; ORDER**
                               )
14                             )  Date: July 17, 2012
                               )  Time: 9:30 a.m.
15 NAEIM HANNO, et al          )  Judge: Hon. JOHN A. MENDEZ
                               )
16              Defendants.
   _____

17
        IT IS HEREBY STIPULATED by and between the parties
18
   hereto through their respective counsel, STEVEN LAPHAM,
19
   Assistant United States Attorney, attorney for Plaintiff, and
20
   MARK J. REICHEL, Esq., attorney for defendant Hanno, and
21
   JAMES BLATT, ESQ, attorney for remaining defendants Mansuer
22
   and South Bay Wholesale, that the present dates for the
23
   status hearing be re calendared for July 17, 2012 at 9:45
24
   a.m.
25
        This continuance is requested as defense counsel needs
26
   adequate time to prepare for the case, and the defense is
27

28

still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Counsel James Blatt is in a state criminal jury trial in Los Angeles Superior Court which has not concluded and has taken longer than expected based on matters outside the attorney's control. Specifically, Mr. Blatt is in trial in Rancho Cucamonga Superior Court in the People V. Anthony Orban, case # FWV1000794. Mr. Orban is a former Westminster police officer charged with kidnap and rape. Mr. Orban has plead not guilty by reason of insanity. Mr. Blatt is also presenting a defense during the guilt phase of unconsciousness caused by Zoloft.  The trial started about 6 weeks ago and the guilt phase is expected to last another week and a half. If the defendant is found guilty we will proceed with the sanity phase. The trial has taken longer than expected due to the judge's health issues. The judge had a collapsed lung. The trial is dark on Fridays.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 17, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: June 19, 2012.          Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               */s/ MARK J. REICHEL*
                               MARK J. REICHEL
                               Attorney for defendant Hanno


                               */s/ JAMES BLATT, ESQ.*
                               ATTORNEY FOR DEFENDANTS MANSEUER
                               AND SOUTHBAY WHOLESALE


                               BENJAMIN WAGNER
                               United States Attorney

DATED: June 12, 2012.          */s/MARK J. REICHEL* for:
                               STEVEN LAPHAM
                               Assistant U.S. Attorney
                               Attorney for Plaintiff



## ORDER

   IT IS SO ORDERED.  For the reasons set forth above, the
court finds that there is GOOD CAUSE for the continuance and
the exclusion of time, and that the ends of justice served by
this continuance outweigh the best interests of the public
and the defendant in a speedy trial.  Time is excluded
pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local
Code T4.

DATED: June 19, 2012.

                          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge