MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
NAEIM HANNO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-257 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR** |
| ) | **CONTINUANCE OF STATUS** |
| v. ) | **CONFERENCE; ORDER** |
| ) | |
| ) | Date: August 7, 2012 |
| ) | Time: 9:45 a.m. |
| NAEIM HANNO ) | Judge: Hon. JOHN A. MENDEZ |
| ) | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant Hanno, and JAMES BLATT, ESQ, attorney for remaining defendants Mansuer and South Bay Wholesale, that the present dates for the status hearing be re calendared for August 7, 2012 at 9:45 a.m.

    This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is

still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Defense Counsel Mark Reichel has been very ill and unable to work.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 7, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: July 17, 2012.   Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant Hanno


/s/ JAMES BLATT, ESQ.
ATTORNEY FOR DEFENDANTS MANSEUER
AND SOUTHBAY WHOLESALE


BENJAMIN WAGNER
United States Attorney

DATED: July 17, 2012.   /s/MARK J. REICHEL for:
STEVEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: July 17, 2012.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge