UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable John A. Mendez                    **RE:  Galiom  Mansour**
United States District Judge                           **Docket Number:  0972 2:10CR00257-001**
Sacramento, California                                   **<u>PERMISSION TO TRAVEL</u>**
                                                                       **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Galiom  Mansour  is requesting permission to travel to Sweden and Germany.  Mr. Mansour is being supervised by the Central District of California.   Galiom  Mansour  is current with all supervision obligations, and the probation officer states that he has maintained a stable residence with his wife and children in Burbank, California.  In addition, he has been steadily employed and completed this financial obligation to the Court on October 29, 2013.  He successfully completed six months of home confinement and 200 hours of community services.   The probation officer is recommending that travel be approved.


**Conviction and Sentencing Date:**   On October 8, 2013, Galiom  Mansour  was sentenced for the offense(s) of 18 USC 1341 – Mail Fraud and 18 USC 981(a)(1)(C) and 28 USC 2461(c) – Criminal Forfeiture.


**Sentence Imposed:**   Sentenced to 48 months BOP; 48 months Probation; $100 special assessment; $6,000 fine.


**Dates and Mode of Travel:** July 15, 2016 to August 10, 2016; airlines.


**Purpose:** Family vacation.  Mr. Mansour hopes to spend time with his sister and nephews in Sweden and then travel to Germany to spend time with his wife's extended family.  Mr. Mansour hopes to improve his social network by spending time with family members.


1

**RE:**    **Galiom  Mansour**
       **Docket Number:  0972 2:10CR00257-001**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/George A. Vidales
GEORGE A. VIDALES
Supervising United States Probation Officer



Dated:    June 24, 2016
       Sacramento, California


/s/Matthew M. Faubert

**REVIEWED BY:**       MATTHEW M. FAUBERT
             ADCUSPO


---

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved



**6/29/2016**                             **/s/ John A. Mendez**
**Date**                                  **John A. Mendez, U.S. District Court Judge**

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX